**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN C. ESPINOZA, <br><br> Plaintiff, <br><br> v. <br><br> D'ARRIGO CORP. d/b/a THAT'S A WRAP, DANIEL LIN, and VITO BARONE, <br><br> Defendants. | CIVIL ACTION <br><br> No. 1:23-cv-02450-AMD-PK |

**APPEARANCE OF COUNSEL**

To: Clerk of the Court
      All Parties of Record

    I am admitted to practice in this Court, and I appear in this case as counsel for Defendants D'Arrigo Corp. d/b/a That's a Wrap, Daniel Lin, and Vito Barone.

                                    WASCH & RITSON LLC

                                    By: ___***/s/ Daniel C. Ritson***_____
                                          Daniel C. Ritson, Esq. (027802004)
                                          140 New Street, Suite 2105
                                          Mamaroneck, NY 10543
                                          dritson@waschritson.com
                                          973.650.6245